# EXHIBIT A

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS
UNDER LAW

1500 K Street, NW
Suite 900
Washington, DC 20005

Tel: 202.662.8600
Fax: 202.783.0857
www.lawyerscommittee.org

March 9, 2026

**VIA ONLINE PORTAL**

U.S. Equal Employment Opportunity Commission
131 M Street, NE
Washington, D.C. 20507

**Re: Freedom of Information Act Request**

Dear FOIA Officer:

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the implementing regulations of your agency, the Lawyers' Committee for Civil Rights Under Law makes the following request for records on behalf of our client in this matter, the National Association for the Advancement of Colored People (NAACP).

On December 17, 2025, Andrea Lucas, Chair of the Equal Employment Opportunity Commission (EEOC), released a video[1] and tweets soliciting white men to submit discrimination complaints and inviting them to contact her office directly.[2] The NAACP seeks records to shed light on this matter, including whether and to what extent the EEOC has or continues to treat discrimination charges differently based on the charging party's race and gender.

**Requested Records**

The NAACP requests that your agency produce the following records within twenty business days:

1. All formal and informal directives, guidance, or recommendations (including any informal email communications) created by or otherwise provided to the Equal Employment Opportunity Commission (EEOC) related to any new, updated, or altered interpretation and/or enforcement guidance on discrimination in the workplace, at any time since January 21, 2025.

2. All formal and informal directives, memos, guidance, or recommendations (including any informal email communications) created by or otherwise provided to the EEOC related to the handling, categorization, or prioritization of allegations, inquiries, or charges of discrimination.

[1] Andrea Lucas (@andrealucasEEOC), X (Dec. 17, 2025, at 6:47 PM ET), https://x.com/andrealucasEEOC/status/2001439099907961012.
[2] Andrea Lucas (@andrealucasEEOC), X (Dec. 17, 2025, at 5:44 PM ET), https://x.com/andrealucaseeoc/status/2001423215915123112?s=46.



The Lawyers' Committee was formed at the request of President John F. Kennedy in 1963

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street, NW
Suite 900
Washington, DC 20005
Tel: 202.662.8600
Fax: 202.783.0857
www.lawyerscommittee.org

3. All data collected by or otherwise provided to the EEOC related to allegations of discrimination based on race or sex in Fiscal Year 2024 and Fiscal Year 2025.

4. Any changes, additions, or deletions to the types of data collected from potential charging parties or recorded by EEOC in any agency database, including the Agency Record Center (ARC). This includes any changes to demographic data, ARC project codes, or Priority Charge Handling Procedures (PCHP).

5. The number of charges recorded by EEOC in any agency database, including the Agency Record Center (ARC), under the project code "DEI".

6. All records, email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) sent by Chair Andrea Lucas, or anyone communicating on their behalf, such as an assistant or scheduler, related to the December 17, 2025 video (referenced in footnote 1), regarding the solicitation of discrimination complaints from white men.

7. All records relating to the costs or budget related to the production of the December 17, 2025 video released by Chair Andrea Lucas regarding the solicitation of discrimination complaints from white men.

8. All email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) sent by the EEOC officials listed below, or anyone communicating on their behalf, such as an assistant or scheduler, and containing any of the key terms also listed below:

   EEOC Officials:
   - Chair Andrea R. Lucas
   - Principal Deputy General Counsel Catherine Eschbach
   - Director of Field Management Programs Thomas Colclough
   - Legislative Director Amanda Smith
   - Assistant General Counsel Benjamin North
   - Connor Clegg
   - Shannon Royce
   - Mary Kate Littlejohn
   - Anyone serving in the capacity of Acting General Counsel
   - Anyone serving in the capacity of Acting Commissioner

   Key Terms:
   - "DEI"
   - "White people"
   - "White males"



The Lawyers' Committee was formed at the request of President John F. Kennedy in 1963

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS
UNDER LAW

1500 K Street, NW
Suite 900
Washington, DC 20005

Tel: 202.662.8600
Fax: 202.783.0857
www.lawyerscommittee.org

- "White men"
- "White male employees"
- "White male employee"
- "White male applicants"

For all parts of this request, please provide all responsive records from January 21, 2025, through the date the search is conducted. Please omit news clips or other mass distribution emails. However, subsequent communications forwarding such emails are responsive to this request. In other words, for example, if Chair Andrea Lucas received a mass-distribution news clip email from one of the specified entities, that initial email would not be responsive to this request. However, if Chair Lucas forwarded that email to another individual with her own commentary, that subsequent message would be responsive to this request and should be produced.

**Fee Waiver Request**

In accordance with 5 U.S.C. § 552(a)(4)(A)(iii) and your agency's regulations, NAACP requests a waiver of fees associated with processing this request for records. The subject of this request concerns the operations of the federal government, and the disclosures will likely contribute to a better understanding of relevant government procedures by the general public in a significant way. The public has a significant interest in Chair Lucas' and the EEOC's decision to initiate targeted outreach to white men. Records with the potential to shed light on this matter would contribute significantly to public understanding of operations of the federal government, including whether or to what extent the EEOC is handling charges of discrimination differently based on the race or sex of charging parties. Moreover, the request is primarily and fundamentally for non-commercial purposes. As a 501(c)(4) nonprofit, NAACP does not have a commercial purpose and the release of the information requested is not in NAACP's financial interest.

**Guidance Regarding the Search & Processing of Requested Records**

In connection with its request for records, the NAACP provides the following guidance regarding the scope of the records sought and the search and processing of records:

- Please search all locations and systems likely to have responsive records regardless of format, medium, or physical characteristics. For instance, if the request seeks "communications," please search all locations likely to contain communications, including relevant hard-copy files, correspondence files, appropriate locations on hard drives and shared drives, emails, text messages or other direct messaging systems (such as iMessage, WhatsApp, Signal, or X (formerly Twitter) direct messages), voicemail messages, instant messaging systems such as Lync or ICQ, and shared messages systems such as Slack.

- In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic,



The Lawyers' Committee was formed at the request of President John F. Kennedy in 1963

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS
UNDER LAW

1500 K Street, NW
Suite 900
Washington, DC 20005

Tel: 202.662.8600
Fax: 202.783.0857
www.lawyerscommittee.org

printed, or audio material of any kind. We seek records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voicemail messages, transcripts, notes, or minutes of any meetings, telephone conversations, or discussions.

- Our request for records includes any attachments to those records or other materials enclosed with those records when they were previously transmitted. To the extent that an email is responsive to our request, our request includes all prior messages sent or received in that email chain, as well as any attachments to the email.

- Please search all relevant records or systems containing records regarding agency business. Do not exclude records regarding agency business contained in files, email accounts, or devices in the personal custody of your officials, such as personal email accounts or text messages. Records of official business conducted using unofficial systems or stored outside of official files are subject to the Federal Records Act and FOIA.[3] It is not adequate to rely on policies and procedures that require officials to move such information to official systems within a certain period of time; the NAACP has a right to records contained in those files even if material has not yet been moved to official systems or if officials have, by intent or through negligence, failed to meet their obligations.[4]

- Please respond individually to each numerical request, noting whether (1) responsive records have been provided, (2) no responsive records exist, or (3) responsive records are being withheld. If a record does not exist, or exists but is not in the possession of the EEOC, please explicitly say so, and indicate which office, if any, is in possession of the record. Please provide redacted documents wherever non-exempt information is commingled with exempt information, and provide detail to the fullest extent possible the subject and volume of any withheld information. If responsive records are withheld in full or redacted in part, please specify each statutory exemption you believe justifies the nondisclosure and provide a description of the contents withheld, including subject matter, number of pages, and the date(s) of the document(s).

- Please take appropriate steps to ensure that records responsive to this request are not deleted by the agency before the completion of processing for this request. If records potentially responsive to this request are likely to be located on systems where they are subject to potential deletion, including on a scheduled basis, please take steps to prevent that deletion, including, as appropriate, by instituting a litigation hold on those records.

---

[3] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, 827 F.3d 145, 149–50 (D.C. Cir. 2016); *cf. Judicial Watch, Inc. v. Kerry*, 844 F.3d 952, 955–56 (D.C. Cir. 2016).
[4] *See Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, No. 14-cv-765, slip op. at 8 (D.D.C. Dec. 12, 2016).



The Lawyers' Committee was formed at the request of President John F. Kennedy in 1963

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS
UNDER LAW

1500 K Street, NW
Suite 900
Washington, DC 20005

Tel: 202.662.8600
Fax: 202.783.0857
www.lawyerscommittee.org

- Wherever an official is referred to in their present capacity, please provide responsive records related to the individual in any other official capacity they held during the relevant time period. For example, records that are otherwise responsive to the requests include records related to Andrea Lucas when she served as Chair, Acting Chair, or Commissioner of the EEOC.

**Conclusion**

Where possible, please provide responsive material in an electronic format, so long as the records are legible. Please send all responsive documents via email to kyouker@lawyerscommittee.org, and please copy the individuals listed in the cc section of this request.

Consistent with the Act, your office must respond to this request within twenty (20) working days beginning the day after receipt. If it is logistically impossible for you to fully respond to this request within the twenty-day period, your office must state this in writing and explain the circumstances necessitating an extension of no more than ten (10) additional working days to fully respond.

If you have any questions regarding how to construe this request for records or believe that further discussions regarding search and processing would facilitate a more efficient production of records of interest to the NAACP, please do not hesitate to contact Kathryn Youker at kyouker@lawyerscommittee.org.

Also, if NAACP's request for a fee waiver is not granted in full, please contact us immediately upon making such a determination.

Thank you for your attention and cooperation with this request.

Sincerely,

__________________________________

Kathryn Youker
Lawyers' Committee for Civil Rights Under Law
on behalf of
NAACP

cc: Atarah McCoy (amccoy@lawyerscommittee.org)