# EXHIBIT C

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS
UNDER LAW

1500 K Street, NW
Suite 900
Washington, DC 20005

Tel: 202.662.8600
Fax: 202.783.0857
www.lawyerscommittee.org

June 3, 2026

**VIA ONLINE PORTAL, https://eeoc.arkcase.com/foia/portal/login**

Office of Legal Counsel
FOIA Division
Equal Employment Opportunity Commission
131 M. Street, N.E., Fifth Floor
Washington, D.C. 20507

**Re: Administrative Appeal of Denial of Fee Waiver, FOIA Request No.: 820-2026-006356**

Dear FOIA Appeals Officer:

I am writing on behalf of my client, the National Association for the Advancement of Colored People (NAACP), to appeal the denial of their request for a waiver of fees associated with the above-referenced Freedom of Information Act (FOIA) request submitted on March 9, 2026. In its March 10, 2026 determination regarding the fee waiver, (attached), the Commission concluded that my client's request did not provide sufficient detail regarding the NAACP's intent to disseminate the requested information to the public. We respectfully contend that this conclusion was in error and inconsistent with applicable FOIA standards and the Commission's regulations. In addition, we are providing further details regarding the NAACP's intention and capability regarding dissemination sufficient to exceed the FOIA's requirements.

Under 5 U.S.C. § 552(a)(4)(A)(iii), fee waivers are warranted when disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of government operations or activities and is not primarily in the commercial interest of the requester. My client's request meets this standard.

First, the subject of the request concerns identifiable operations and activities of the federal government, specifically the EEOC's development of new enforcement guidance on discrimination in the workplace, potentially impacting millions of American employees and thousands of employers. The information sought is meaningfully informative and not already readily available in the public domain. Its disclosure would therefore contribute to a broader and more complete understanding of government functions.

Second, as the oldest and largest civil rights organization in the United States, my client has the demonstrated intent and ability to disseminate the information to a broad national audience. While their initial request may not have elaborated extensively on particular dissemination plans, the requested fee waiver is required to be given if it is clear that the requester intends to disseminate the information to the public. Respectfully, we suggest that there is no other obvious reason for the NAACP to have submitted such a request. In particular, I wish to clarify that the NAACP intends to integrate information from the requested records into one or more published reports to be disseminated widely, as it has done before.[1]

[1] The NAACP and its affiliates have an established record of publishing reports and earning news coverage based on records obtained from public records requests they have submitted (see, e.g., *NAACP Shares Results of Info Request*



The Lawyers' Committee was formed at the request of President John F. Kennedy in 1963

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS
UNDER LAW

1500 K Street, NW
Suite 900
Washington, DC 20005

Tel: 202.662.8600
Fax: 202.783.0857
www.lawyerscommittee.org

The NAACP intends to publish and distribute the requested information through multiple social media and mass-communications channels through which the organization has ready access to millions of potentially interested readers. These channels include the website naacp.org, Facebook (871,000 followers), Instagram (2 million+ followers), and Twitter/X (557,000 followers). These channels are capable of reaching a wide national and international audience and facilitating increased public understanding of the information disclosed.

FOIA does not require requesters to demonstrate a formal publishing contract or guaranteed distribution at the time of the request. Rather, it is sufficient to show a reasonable expectation of dissemination. Courts and agency guidance have consistently recognized that established organizations with an extensive history of impactful publications such as the NAACP can satisfy this requirement.

Third, the NAACP has no commercial interest in the requested records. The request is made solely for the purpose of informing the public and contributing to transparency and accountability in government.

Given these factors, the denial of the fee waiver was improper. At minimum, if the agency found the initial explanation insufficient, it should have sought clarification rather than issuing a denial. We now provide additional detail to ensure that the record clearly supports granting the waiver.

For these reasons, we respectfully request that the agency reverse its denial and grant a full waiver of fees associated with this request. In the alternative, we request that any fees be reduced consistent with the public interest served by disclosure.

Thank you for your consideration of this appeal. Please do not hesitate to contact me if further information would be helpful.

Sincerely,

Kathryn Youker
Lawyers' Committee for Civil Rights Under Law
on behalf of
NAACP

cc: Atarah McCoy (amccoy@lawyerscommittee.org)

---

*on Virginia Election Integrity Unit; Calls on Miyares to Disband It*, 13News Now (Nov. 29, 2022, 6:00 PM), https://www.13newsnow.com/article/news/politics/naacp-information-request-virginia-election-integrity-unit/291-a3463615-71e1-4be2-9df0-edd806bf0d87; Hansi Lo Wang, *Restrictions on Deployed U.S. Troop Data Could Put 2020 Census 'At Risk'*, NPR (Feb. 25, 2019, 1:08 PM), https://www.npr.org/2019/02/25/697315761/restrictions-on-deployed-u-s-troop-data-could-put-2020-census-at-risk; ACLU, *ACLU and NAACP Secure Access to Public Eviction Records in Data-Scraping Case*, Am. Civil Liberties Union (Sept. 13, 2023), https://www.aclu.org/press-releases/aclu-and-naacp-secure-access-to-public-eviction-records-in-data-scraping-case). The NAACP regularly uses FOIA as a tool to gather evidence, then publishes detailed reports to the public based on the information obtained, demonstrating their capacity to serve the public interest through transparency and research.