**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **NATIONAL ASSOCIATION FOR THE** | ) | |
| **ADVANCEMENT OF COLORED PEOPLE**, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | Case No. 26-cv-02020 |
| | ) | |
| **U.S. EQUAL EMPLOYMENT** | ) | |
| **OPPORTUNITY COMMISSION**, et al. | ) | |
| | ) | |
| *Defendants.* | ) | |

## NOTICE OF FILING PROOF OF SERVICE

1.  Plaintiff National Association for the Advancement of Colored People, through

    undersigned counsel, respectfully submits the attached Affidavit of Mailing of Summons

    and Complaint as proof that service of process has been effected on the U.S. Attorney

    General, the U.S. Attorney for the District of Columbia, and Defendants Equal

    Employment Opportunity Commission and Andrea Lucas in the above-captioned matter.


Dated: June 19, 2026                                Respectfully submitted,

                                                    */s/ Kerry S. Gutknecht*

                                                    Kerry Gutknecht (D.C. Bar No. 1657705)
                                                    1319 F St NW Ste 301
                                                    PMB 154
                                                    Washington, DC 20004
                                                    (202)789-1650
                                                    Kerry@GutknechtLegal.com

                                                    *Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE**, | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| **v.** | ) ) | Case No. 26-cv-02020 |
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, et al. | ) ) ) ) | |
| *Defendants.* | ) | |

**AFFIDAVIT OF MAILING OF SUMMONS AND COMPLAINT**

2. I, KERRY GUTKNECHT, hereby state that on the 5th day of June, 2026, I caused to be deposited in the United States Mail copies of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following parties: the Attorney General of the United States and the Civil Process Clerk of the D.C. U.S. Attorney's Office.

3. On the 10th day of June, 2026, I caused to be deposited in the United States Mail copies of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the defendants in this case: U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC) and ANDREA LUCAS, defendants, as well as the Attorney General of the United States and the office of the D.C. U.S. Attorney.

4. I have received the notifications from the United States Postal Service of completed delivery for the certified mailings with the following certified mail article and tracking numbers and delivery dates:

2

   a.   US Mail tracking # 9589071052703134753689 (delivery on June 18, 2026 to the Civil Process Clerk, D.C. U.S. Attorney's Office, 555 Fourth ST NW, Washington, DC 20530); and

   b.   US Mail tracking # 9589071052703134753672 (delivery on June 18,2026 to the Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530);

   c.   US Mail tracking # 9589071052703134751791 (delivery on June 17, 2026 to the U.S. EEOC and Andrea Lucas).

5.   Service was therefore made on June 18, 2026. Fed. R. Civ. Pro. 4(i)(1)(A) ("To serve the United States, a party must [...] (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office; (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.")

6.   Additional evidence regarding the completion of mailing delivery of the summons and complaints is attached to this affidavit.

7.   I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 19, 2026

Respectfully submitted,

*/s/ Kerry S. Gutknecht*

Kerry Gutknecht (D.C. Bar No. 1657705)
1319 F St NW Ste 301
PMB 154
Washington, DC 20004
(202)789-1650
Kerry@GutknechtLegal.com

*Counsel for Plaintiff*

# EXHIBIT

2

**ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703134751791

Copy     **Add to Informed Delivery**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:11 am on June 17, 2026 in WASHINGTON, DC 20507.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20507
June 17, 2026 11:11 AM

See All Tracking History

**What Do USPS Tracking Statuses Mean?**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Feedback

**ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU...**

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 9589071052703134753689

Copy     Add to Informed Delivery

### Latest Update

Your item was picked up at the post office at 4:27 am on June 18, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
June 18, 2026 4:27 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

---

**Text & Email Updates**     ⌄

---

**USPS Tracking Plus®**     ⌄

---

**Product Information**     ⌄

---

See Less ⌃

**ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052703134753672

Copy        Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 4:27 am on June 18, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
June 18, 2026 4:27 AM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**                                               ⌄

**Product Information**                                               ⌄

See Less ⌃