UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE,<br><br>Plaintiff,<br><br>v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, *et al.*,<br><br>Defendants. | Civil Action No. 26-2020 (JMC) |

**JOINT STATUS REPORT**

Defendant Equal Employment Opportunity Commission ("EEOC") and Plaintiff National Association for the Advancement of Colored People ("NAACP"), by and through undersigned counsel, hereby submit this initial joint status report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. Background: This case involves a FOIA request that Plaintiff submitted to Defendant on March 9, 2026, seeking eight categories of records: (a) all formal and informal directives, guidance, or recommendations provided to the EEOC related to any new or altered interpretation or enforcement guidance on workplace discrimination at any time since January 21, 2025; (b) all directives, memos, guidance, or recommendations related to the handling, categorization, or prioritization of allegations, inquiries, or charges of discrimination; (c) all data collected by or provided to the EEOC related to allegations of discrimination based on race or sex in Fiscal Year 2024 and Fiscal Year 2025; (d) any changes, additions, or deletions to the types of data collected from charging parties or recorded by the EEOC in any agency database, including

the Agency Record Center (ARC); (e) the number of charges recorded by the EEOC under the project code "DEI"; (f) all records and email communications sent by Chair Lucas or persons acting on her behalf related to the December 17, 2025 video; (g) all records relating to the costs or budget for production of the December 17, 2025 video; and (h) all email communications sent by specified senior EEOC officials and containing specified key terms. *See* Complaint ¶ 11. On June 4, 2026, Plaintiff submitted an identical request. *See id.* ¶ 32. Plaintiff filed suit on June 8, 2026. *See id.* Defendant answered on August 3, 2026. *See* ECF No. 12.

2. Status of Plaintiff's FOIA requests, anticipated number of responsive documents, and anticipated date(s) for release: On July 17, 2026, Defendant issued its first and final responses to both FOIA requests. Defendant identified 1,241 responsive records, released 111 records either in full or in part, and withheld in full the remaining 1,130 records pursuant to Exemptions 3, 4, 5, 6, 7(C), 7(D), and 7(E).

3. *Open America* Stay: At present, Defendant does not anticipate seeking an *Open America* stay in this matter.

4. *Vaughn* Index and Dispositive Motions: On the afternoon of August 19, 2026—one day before this joint status report was due, after Plaintiff had possessed Defendant's production for nearly a month, and after multiple unanswered follow-up inquiries from defense counsel regarding whether and to what extent Plaintiff disputed the production—Plaintiff requested that the parties confer by phone and provided Defendant with an initial list of records from the production containing redactions that it wishes to challenge. Plaintiff also requested a "draft" or "informal" *Vaughn* index covering the full production and a detailed description of the search that was conducted, suggesting that those measures could narrow the issues in dispute. Plaintiff has not, however, narrowed the issues it intends to contest. Defendant does not agree that Plaintiff's

proposed process is the most efficient means of resolving the parties' remaining disputes and is prepared to address all outstanding issues on summary judgment. Accordingly, the parties jointly propose the following briefing schedule:

a. Defendant's Motion for Summary Judgment: October 9, 2026

b. Plaintiff's Cross-Motion for Summary Judgment and Opposition: November 6, 2026

c. Defendant's Opposition and Reply: December 4, 2026

d. Plaintiff's Reply: December 18, 2026

Dated: August 20, 2026
Washington, D.C.

*/s/ Kerry S. Gutknecht*
Kerry Gutknecht
D.C. Bar No. 1657705
1319 F St NW Ste 301
PMB 154
Washington, DC 20004
(202)798-1650
Kerry@GutknechtLegal.com

Kathryn J. Youker
D.C. Bar No. 90004024
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Tel.: (202) 662-8375
Fax: (202) 783-0857
kyouker@lawyerscommittee.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Benjamin H. Zieman*
Benjamin H. Zieman
Assistant United States Attorney
601 D Street N.W.
Washington, D.C. 20530
202-252-2540
benjamin.zieman@usdoj.gov

*Attorneys for the United States of America*